## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AMBROSE O. ESOGBUE | : | DOCKET NO. 2:06-cv-0501<br>Section P |
| VS. | : | JUDGE MINALDI |
| MICHAEL CHERTOFF, ET AL. | : | MAGISTRATE JUDGE WILSON |

## O R D E R

Currently before the court is a "Motion to Dismiss Motion for Stay of Deportation" [doc. 13] filed by *pro se* petitioner, Ambrose O. Esogbue. By this motion, the petitioner seeks to withdraw his pending motion for a stay of deportation.

Having considered this motion,

IT IS ORDERED that the motion be GRANTED and that petitioner's pending "Motion for Emergency Stay" [doc. 3] be withdrawn.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13th day of June, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE