RECEIVED
IN LAKE CHARLES, LA
APR 17 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AMBROSE O. ESOGBUE | : | DOCKET NO. 06-CV-501 |
| VS. | : | JUDGE MINALDI |
| MICHAEL CHERTOFF, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and having determined that the findings are correct under applicable law; it is

ORDERED that the respondent's Motion for Summary Judgment be GRANTED and that this "Petition for Judicial Review of Determination on Application for Naturalization" be DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___7___ day of ___April___, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE